IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL BALDWIN,<br>AS ADMINISTRATOR OF THE<br>ESTATE OF GEORGE BALDWIN SR.,<br>and PAULA BALDWIN,<br>INDIVIDUALLY,<br><br>        Plaintiff,<br><br>    v.<br><br>ACE HARDWARE CORP., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No. 13-1986-SLR/SRF<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 〿𝑜𝑡ℎ day of March, 2014, having considered the Report and

Recommendation issued by United States Magistrate Judge Sherry R. Fallon on

February 26, 2014, and upon the expiration of the time allowed for objections pursuant

to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 66) is adopted.

2. Plaintiff's motion to remand (D.I. 34) is granted.

_____
United States District Judge